# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Footprint Power Salem Harbor Development LP, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10239 (MFW)<br><br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JEFFREY M. REISNER

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey M. Reisner of Steptoe & Johnson LLP to represent Iberdrola Energy Projects Inc. in the above-captioned matter.

Dated: March 24, 2022
/s/ *Thomas J. Francella, Jr.*
Thomas J. Francella, Jr. (DE No. 3835)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: tfrancella@cozen.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 24, 2022
/s/ *Jeffrey M. Reisner*
Jeffrey M. Reisner
Steptoe & Johnson LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9452
Email: jreisner@steptoe.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.