UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 22-10239 (MFW)
Salem Harbor Power Development LLP,                            :
(f/k/a Footprint Power Salem Harbor                            :
Development LP), *et al.*,[1]                                  :   **341 Meeting Date: May 11, 2022**
                                                               :   **@ 10:00 a.m.**
       Debtors.                                                :
                                                               :
---------------------------------------------------------------x

### NOTICE OF TELEPHONIC SECTION 341 MEETING

     PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **Wednesday, May 11, 2022 at 10:00 a.m. (EDT)** will be held telephonically.

     If you are receiving this notice, you have been identified as a party who may be a creditor, i.e. someone who may be owed money by the Debtors. Creditors will receive separate notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **Your telephonic participation in the 341 meeting is not required, is completely optional, and failure to attend will not affect your eligibility to file a claim.** The purpose of the 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtors' financial affairs. It is not the purpose of the 341 meeting to address the specific circumstances of each creditor.

     PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, please use a landline phone, instead of a cell phone.
- Dial the **call-in number, 1-866-621-1355, and then enter the passcode, 7178157,** followed by a # sign.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor Development LP) (1360); Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC) (2253); Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.) (9509); Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC) (N/A); Salem Harbor Power FinCo, LP (f/k/a Footprint Power Salem Harbor FinCo, LP) (9219); and SH Power DevCo GP LLC (f/k/a Footprint Power SH DevCo GP LLC) (9008). The location of the Debtors' service address is: c/o Tateswood Energy Company, LLC, 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself or indicates you may pose questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.
- The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- **Neither the U.S. Trustee nor the Debtor may provide legal advice to any creditors.**

If you have any questions, you may contact , Andrew Magaziner, Esq., at Phone: 302.571.6600; Email: AMagaziner@ycst.com.

Additional information can be found at https://cases.ra.kroll.com/SalemHarbor/.

**Dated:** April 8, 2022

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: /s/ *Linda J. Casey*
Linda J. Casey, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801