# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 4/8/2022 |
| Case: 22−10239−MFW | Form ID: pdf341 | Total: 34 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| trans | Reliable Companies | gmatthews@reliable−co.com |
| clagent | Kroll Restructuring Administration LLC | info@ra.kroll.com |
| aty | Aaron H. Stulman | astulman@potteranderson.com |
| aty | Andrew Ehrlich | AEhrlich@paulweiss.com |
| aty | Andrew L Magaziner | bankfilings@ycst.com |
| aty | Benjamin Joseph Steele | bsteele@primeclerk.com |
| aty | Brian Trust | btrust@mayerbrownrowe.com |
| aty | Brian S. Hermann | bhermann@paulweiss.com |
| aty | Christopher M. Samis | csamis@potteranderson.com |
| aty | Eric S. Goldstein | egoldstein@goodwin.com |
| aty | Gregory Joseph Flasser | gflasser@bayardlaw.com |
| aty | Joaquin M C de Baca | jcdebaca@mayerbrown.com |
| aty | Joseph F. Cudia | joseph.cudia@usdoj.gov |
| aty | Katelin Ann Morales | kmorales@ycst.com |
| aty | L. Katherine Good | kgood@potteranderson.com |
| aty | Leah Victoria Lerman | Leah.V.Lerman@usdoj.gov |
| aty | Linda J. Casey | Linda.Casey@usdoj.gov |
| aty | Ronald E Gold | rgold@fbtlaw.com |
| aty | Thomas Joseph Francella, Jr. | TFrancella@cozen.com |

TOTAL: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Salem Harbor Power Development LP | 24 Fort Avenue    Salem, MA 01970−5623 |
| cr | Cintas Corporation | c/o Ronald E. Gold    Frost Brown Todd LLC    3300 Great American Tower    301 E. 4th St.    Cincinnati, OH 45202 |
| cr | ISO New England Inc. | c/o Shipman & Goodwin LLP    One Constitution Plaza    Hartford, CT 06103 |
| aty | Alice Nofzinger | Paul, Weiss, Rifkind, Wharton & Garrison    1285 Avenue of the Americas    New York, NY 10019 |
| aty | Carter Greenbaum | Paul, Weiss, Rifkind, Wharton & Garrison    1285 Avenue of the Americas    New York, NY 10019 |
| aty | Jeffrey M. Reisner | STEPTOE & JOHNSON LLP    633 West Fifth Avenue    Suite 1900    Los Angeles, CA 90071 |
| aty | John Weber | Paul Weiss Rifkind Wharton Garrison LLP    1285 Avenue of the Americas    New York, NY 10019−6064 |
| aty | L. Katherine Good | Potter Anderson & Corroon LLP    1313 N. Market Street    6th Floor    Wilmington, DE 19801 |
| aty | Leslie Liberman | Paul, Weiss, Rifkind, Wharton & Garrison    1285 Avenue of the Americas    New York, NY 10019 |
| aty | Michael O. Ware | Mayer Brown LLP    1221 Avenue of the Americas    New York, NY 10020 |
| aty | Richard A. Spehr | Mayer Brown LLP    1221 Avenue of the Americas    New York, NY 10020 |
| aty | Thomas Watson | Steptoe & Johnson LLP    633 West Fifth Street    Suite 1900    Los Angeles, CA 90071 |
| aty | Wendy Venoit | Cozen O'Connor    101 Arch Street – 8th Floor    Boston, MA 02110 |
| aty | Youmi Kim | Mayer Brown LLP    1221 Avenue of the Americas    New York, NY 10020 |

TOTAL: 14