# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SALEM HARBOR POWER DEVELOPMENT LP (f/k/a Footprint Power Salem Harbor Development LP), *et al.*,[1] | Case No. 22-10239 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: June 1, 2022 at 2:00 p.m. (ET)**<br>**Objection Deadline: May 20, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE THAT,** on April 20, 2022, Salem Harbor Power Development LP and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), filed (a) the *Joint Chapter 11 Plan of Salem Harbor Power Development LP and Its Debtor Affiliates* (as modified, amended, or supplemented from time to time, the "Plan"), (b) the *Disclosure Statement for the Joint Chapter 11 Plan of Salem Harbor Power Development LP and Its Debtor Affiliates* (the "Disclosure Statement"), and (c) the *Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan; (C) Approving the Forms of Ballots and Notices in Connection Therewith; (D) Scheduling Certain Dates with Respect Thereto; and (E) Granting Related Relief* (the "Disclosure Statement Motion").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "Disclosure Statement Hearing") will held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, on **June 1, 2022 at 2:00 p.m.** prevailing Eastern Time, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Courtroom No. 4, Wilmington, Delaware 19801 (the "Court"), or via remote video, to consider the entry of an order approving, among other things, (a) the Disclosure Statement; (b) the Voting Record Date, Solicitation Deadline, and Voting Deadline; (c) the manner and form of the Solicitation Packages and the materials contained therein; (d) the Non-Voting Status Notices; (e) the form of notices to counterparties to Executory Contracts and Unexpired Leases that will be assumed (or assumed and assigned) or rejected pursuant to the Plan; (f) the Solicitation and Voting Procedures; (g) the Plan Objection Deadline, Confirmation Hearing Date, and Confirmation Hearing Notice; and (h) dates and deadlines related thereto (as such terms are defined in the Disclosure Statement Motion). Please be advised that the Disclosure

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor Development LP) (1360); Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC) (2253); Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.) (9509); Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC) (N/A); Salem Harbor Power FinCo, LP (f/k/a Footprint Power Salem Harbor FinCo, LP) (9219); and SH Power DevCo GP LLC (f/k/a Footprint Power SH DevCo GP LLC) (9008). The location of the Debtors' service address is: c/o Tateswood Energy Company, LLC, 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

29297581.1

Statement Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on the list of parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, or related documents, you should contact Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC),[2] the Solicitation Agent retained by the Debtors in these chapter 11 cases, by: (a) calling the Debtors' restructuring hotline at **(844) 205-7534 (Domestic, toll-free)** or **+1 (646) 813-2944 (International)**; (b) visiting the Debtors' restructuring website at: https://cases.ra.kroll.com/salemharbor; (c) writing to Salem Harbor Power Development LP Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232; and/or (d) emailing salemharborinfo@ra.kroll.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Disclosure Statement or the relief sought in the Disclosure Statement Motion is **May 20, 2022 at 4:00 p.m.** prevailing Eastern Time (the "<u>Disclosure Statement Objection Deadline</u>"). Any objections to the relief sought at the Disclosure Statement Hearing **must**: (a) be made in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual basis for the objection, and if practicable, a proposed modification to the Disclosure Statement (or related materials) that would resolve such objection; and (d) be filed with the Court and served upon the following parties on or before **May 20, 2022 at 4:00 p.m.** prevailing Eastern Time:

| **Debtors** | **Counsel to the Debtors** |
|---|---|
| Salem Harbor Power Development LP<br>c/o Tateswood Energy Company, LLC<br>480 Wildwood Forest Drive, Suite #475<br>Spring, TX 77380<br>Attn.:  John R. Castellano, CRO | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attn:   Brian S. Hermann<br>          John T. Weber<br>          Alice Nofzinger<br><br>-and-<br><br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Attn:   Pauline K. Morgan<br>          Andrew L. Magaziner<br>          Katelin A. Morales<br>          Timothy R. Powell |

---

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

29297581.1

| **Counsel to the Prepetition Agent** | **United States Trustee** |
|---|---|
| Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Attn:   Brian Trust<br>          Joaquin M. C De Baca<br><br>-and-<br><br>Potter Anderson & Corroon LLP<br>1313 North Market Street, P.O. Box 951<br>Wilmington, Delaware 19801<br>Attn:   Christopher M. Samis<br>          L. Katherine Good | Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite #2207<br>Wilmington, Delaware 19801<br>Attn.:   Joseph Cudia |

**PLEASE TAKE FURTHER NOTICE THAT** only those objections timely filed and actually received by the Disclosure Statement Objection Deadline in accordance with the requirements set forth herein will be considered by the Court during the Disclosure Statement Hearing.  If no such objections are properly filed and served in accordance with the procedures set forth herein, the Court may enter an order granting the relief sought in the Disclosure Statement Motion without further notice or hearing.

[*Remainder of page intentionally left blank*]

29297581.1

Dated: April 20, 2022
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Andrew L. Magaziner*
Pauline K. Morgan (No. 3650)
Andrew L. Magaziner (No. 5426)
Katelin A. Morales (No. 6683)
Timothy R. Powell (No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  pmorgan@ycst.com
         amagaziner@ycst.com
         kmorales@ycst.com
         tpowell@ycst.com

- and -

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
John T. Weber (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: bhermann@paulweiss.com
         jweber@paulweiss.com
         anofzinger@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

29297581.1