# Exhibit A

**Approved Budget**

**Salem Harbor Power Development LP**
*13-Week Cash Flow Forecast*
*$ in 000's*

| | F'cst | F'cst | F'cst | F'cst | F'cst | F'cst | F'cst | F'cst | F'cst | F'cst | F'cst | F'cst | F'cst | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
| Week Ending | 4/16/22 | 4/23/22 | 4/30/22 | 5/7/22 | 5/14/22 | 5/21/22 | 5/28/22 | 6/4/22 | 6/11/22 | 6/18/22 | 6/25/22 | 7/2/22 | 7/9/22 | 13-Weeks |
| **Receipts** | | | | | | | | | | | | | | |
| Energy/Ancillary | - | - | 2,372 | - | - | - | 1,680 | - | - | - | - | - | - | 4,051 |
| Capacity | - | 12,591 | - | - | - | 12,591 | - | - | - | 12,591 | - | - | - | 37,774 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | - | 12,591 | 2,372 | - | - | 12,591 | 1,680 | - | - | 12,591 | - | - | - | 41,825 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Fuel | - | - | (1,963) | - | - | - | (1,094) | - | - | - | - | - | - | (3,057) |
| Transport | - | (46) | - | - | - | (1,358) | - | - | - | - | - | - | - | (1,404) |
| Emissions | - | - | - | - | - | - | (720) | - | (750) | - | - | - | - | (1,470) |
| Variable O&M | - | (51) | (6) | (2) | (2) | (146) | (5) | (2) | (10) | (2) | (12) | (2) | (2) | (241) |
| Fixed O&M | - | (641) | (1,715) | (272) | (272) | (852) | (273) | (272) | (271) | (279) | (1,037) | (318) | (96) | (6,298) |
| Major Maintenance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| G&A | (625) | (86) | (80) | (10) | (10) | (96) | (35) | (2,080) | (10) | (10) | (121) | (80) | (10) | (3,253) |
| CapEx | - | (21) | (22) | (14) | (14) | (86) | (14) | (14) | (14) | (14) | (14) | (11) | (11) | (246) |
| First Day Relief Payments | (27) | - | - | - | - | - | - | - | - | - | - | - | - | (27) |
| **Total Operating Disbursements** | (652) | (844) | (3,786) | (298) | (298) | (2,539) | (2,140) | (2,368) | (1,055) | (304) | (1,184) | (411) | (119) | (15,996) |
| **Total Cash Flow from Operations** | (652) | 11,747 | (1,414) | (298) | (298) | 10,052 | (460) | (2,368) | (1,055) | 12,287 | (1,184) | (411) | (119) | 25,829 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Cash Interest & Financing Fees | - | - | (1,157) | - | - | - | - | (1,297) | - | - | - | (1,338) | - | (3,792) |
| Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Professional Fees | (725) | - | (9) | (150) | (550) | (2,424) | - | (150) | (550) | - | (1,610) | - | (150) | (6,318) |
| Other Non-Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | (725) | - | (1,166) | (150) | (550) | (2,424) | - | (1,447) | (550) | - | (1,610) | (1,338) | (150) | (10,110) |
| **Net Cash Flow** | (1,377) | 11,747 | (2,581) | (448) | (848) | 7,628 | (460) | (3,814) | (1,605) | 12,287 | (2,794) | (1,749) | (269) | 15,719 |
| **Total Available Cash Balance BoP** | 24,607 | 23,231 | 34,978 | 32,397 | 31,950 | 31,102 | 38,730 | 38,270 | 34,456 | 32,851 | 45,138 | 42,344 | 40,595 | 24,607 |
| Receipts | - | 12,591 | 2,372 | - | - | 12,591 | 1,680 | - | - | 12,591 | - | - | - | 41,825 |
| Disbursements | (1,377) | (844) | (4,953) | (448) | (848) | (4,963) | (2,140) | (3,814) | (1,605) | (304) | (2,794) | (1,749) | (269) | (26,106) |
| **Total Available Cash Balance EoP** | 23,231 | 34,978 | 32,397 | 31,950 | 31,102 | 38,730 | 38,270 | 34,456 | 32,851 | 45,138 | 42,344 | 40,595 | 40,326 | 40,326 |