# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SALEM HARBOR POWER DEVELOPMENT LP (f/k/a Footprint Power Salem Harbor Development LP), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10239 (MFW)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 3, 2022 AT 10:30 A.M. (ET)

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT\*\***

## RESOLVED MATTER

1. Motion on Consent for an Order Approving Stipulation Among ISO New England Inc. and the Debtors [D.I. 83; 4/11/22]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 142; 4/26/22]

    b) Order Approving Stipulation Among ISO New England Inc. and the Debtors [D.I. 146; 4/27/22]

    Objection Deadline:        April 25, 2022 at 4:00 p.m. (ET)

    Objections/Informal Responses:        None.

    Status:        An order has been entered by the Court.  No hearing is necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor Development LP) (1360); Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC) (2253); Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.) (9509); Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC) (N/A); Salem Harbor Power FinCo, LP (f/k/a Footprint Power Salem Harbor FinCo, LP) (9219); and SH Power DevCo GP LLC (f/k/a Footprint Power SH DevCo GP LLC) (9008).  The location of the Debtors' service address is:  c/o Tateswood Energy Company, LLC, 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

| | |
|---|---|
| Dated: April 28, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ *Andrew L. Magaziner*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Katelin A. Morales (No. 6683)<br>Timothy R. Powell (No. 6894)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  pmorgan@ycst.com<br>         amagaziner@ycst.com<br>         kmorales@ycst.com<br>         tpowell@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>Brian S. Hermann (admitted *pro hac vice*)<br>John T. Weber (admitted *pro hac vice*)<br>Alice Nofzinger (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:    (212) 373-3000<br>Fax:   (212) 757-3990<br>Email: bhermann@paulweiss.com<br>         jweber@paulweiss.com<br>         anofzinger@paulweiss.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |