# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SALEM HARBOR POWER DEVELOPMENT LP (f/k/a Footprint Power Salem Harbor Development LP), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10239 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF
## JOHN R. CASTELLANO OF AP SERVICES, LLC

Pursuant to 28 U.S.C. § 1746, I, John R. Castellano, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. I am duly authorized to execute this declaration on behalf of AP Services, LLC ("APS"), an affiliate of AlixPartners LLP.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

4. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated March 31, 2022 [ECF No. 61].

5. Unless otherwise noted, references to AP below collectively refer to AlixPartners,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor Development LP) (1360); Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC) (2253); Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.) (9509); Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC) (N/A); Salem Harbor Power FinCo, LP (f/k/a Footprint Power Salem Harbor FinCo, LP) (9219); and SH Power DevCo GP LLC (f/k/a Footprint Power SH DevCo GP LLC) (9008). The location of the Debtors' service address is: c/o Tateswood Energy Company, LLC, 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

AP Holdings, APS, and each of their respective subsidiaries. APS wishes to disclose the following:

- The Institutional Investors[2] have offered the following disclosures of their respective connections to the Investor Search Parties:

    - CDPQ has equity investments in (1) Bank of New York Mellon, (2) Blackrock, (3) BNP Paribas, and (4) Industrial and Commercial Bank of China Limited, in each case representing less than one percent (1%) of total assets under management, and has no investments in any of the other Search Parties.

    - PSP has investments in (1) Bank of New York, (2) Blackrock, (3) BNP, (4) Credit Agricole SA, (5) GE Capital Real Estate, (6) Industrial & Commercial Bank of China, (7) Mizuho Financial Group, (8) NatWest Group, (9) Sumitomo Mitsui Financial Group, (10) Sun Life Financial, (11) Truist Financial Group, (12) Zions, and (13) a number of OakTree funds, in each case representing less than one percent (1%) of total assets under management, and has no investments in any of the other Search Parties.

- D. Jan Baker, a current director/officer to the Debtors, has assisted McKinsey & Co. in various former and pending litigation matters of MarBow vs. McKinsey, which matters are unrelated to the Debtors (the "MarBow McKinsey Litigation"). An AP board member was involved in the MarBow McKinsey Litigation and can be considered adverse to Mr. Baker because MarBow, the AP board members' personal affiliate, was adverse to McKinsey. AP was not a party to the MarBow McKinsey Litigation and the AP board member is not, and will not in the future, be involved in these Chapter 11 cases in any way.

- Morgan, Lewis & Bockius LLP ("Morgan Lewis") is a professional in this bankruptcy matter. A Morgan Lewis attorney that is working on this matter is the spouse of an AP employee.

6.     APS does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement APS' disclosures in the event that APS discovers any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, APS will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the *Debtors' Motion for Entry of an Order Authorizing the (I) Retention of AP Services, LLC, (II) Designation of John R. Castellano as Chief Restructuring Officer, Effective as of the Petition Date, and (III) Granting Related Relief* [ECF No. 61].

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: May 9, 2022  　　　　　　　　　　　　AP Services, LLC
　　　　Chicago, IL

　　　　　　　　　　　　　　　　　　　　　　 _/s/ John R. Castellano_
　　　　　　　　　　　　　　　　　　　　　　John R. Castellano
　　　　　　　　　　　　　　　　　　　　　　Authorized Representative