**EXHIBIT B**

No. 1289821

# Certification

**STATE OF NEW YORK, COUNTY OF NEW YORK, SS:**

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County, do hereby certify that on January 26, 2022 I have compared the document attached hereto,

JUDGMENT - MONEY page(s) 6

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

IBERDROLA ENERGY PROJECTS, INC.

                          Petitioner,          **JUDGMENT**

    -v-                                         Index No.: 656017/2021

FOOTPRINT POWER SALEM HARBOR
DEVELOPMENT LP,

                          Respondent.

---

WHEREAS, Petitioner Iberdrola Energy Projects, Inc., a Delaware Corporation with its principal place of business located at 100 Cummings Center 534M, Beverly, Massachusetts 01915, caused to be filed a Verified Petition and supporting papers seeking, pursuant to CPLR Art. 75, confirmation of a Final Award issued by an Arbitral Tribunal of the American Arbitration Association, International Centre for Dispute Resolution, on October 15, 2021 (the "Final Award") and a Motion for Pre-Judgment Relief pursuant to CPLR § 5229;

WHEREAS, Petitioner Iberdrola Energy Projects, Inc. having been represented in this proceeding by the law firm Hinckley, Allen & Snyder LLP;

WHEREAS, Respondent Footprint Power Salem Harbor Development, LP, a Delaware limited partnership with its principal place of business located at 24 Fort Avenue, Salem, Massachusetts 01970, appeared and opposed Petitioner Iberdrola Energy Projects, Inc.'s Verified Petition and filed a motion to vacate the Final Award and dismiss Petitioner Iberdrola Energy Projects, Inc.'s Verified Petition to confirm the Final Award;

WHEREAS, Respondent Footprint Power Salem Harbor Development, LP having been represented in this proceeding by the law firm of King & Spalding LLP;

WHEREAS, this matter having come on before the Honorable Jennifer Schecter, Justice of the Supreme Court of the State of New York, New York County, Part 54, located at the Courthouse at 60 Centre Street, New York, New York 10007;

WHEREAS, the Honorable Jennifer Schecter, J.S.C., *inter alia*, granted Petitioner Iberdrola Energy Projects, Inc.'s Verified Petition and denied Respondent Footprint Power Salem Harbor Development, LP's motion for vacatur in three identical Decisions + Orders dated December 23, 2021, and entered on December 23, 2021 (collectively, the "Decision + Order") (NYSCEF Docket Nos. 71, 72. 73);

WHEREAS, Petitioner Iberdrola Energy Projects, Inc. and Respondent Footprint Power Salem Harbor Development, LP jointly submitted a proposed judgment to the Honorable Jennifer Schecter, J.S.C.;

WHEREAS, the Honorable Jennifer Schecter, J.S.C. issued an Order dated January 19, 2022 (NYSCEF Doc. No. 81) directing the Clerk to enter judgment in favor of Petitioner Iberdrola Energy Projects, Inc. and against Respondent Footprint Power Salem Harbor Development, LP in the amount of $237,105,080.01, plus 9% statutory prejudgment interest from October 15, 2021 to the date judgment is entered, and thereafter at the statutory rate, plus $505 in costs and disbursements, and further directing Petitioner Iberdrola Energy Projects, Inc. to file a proposed judgment to the Clerk accordingly.

NOW, THEREFORE, it is

**A** ADJUDGED that Petitioner Iberdrola Energy Projects, Inc. recover from Respondent **B** Footprint Power Salem Harbor Development, LP the sum of $237,105,080.01, plus pre-judgment interest at the rate of 9% from October 15, 2021 ~~to~~ _____ in the sum of $ **5,904,890.90** , plus costs and disbursements in the sum of $505.00, for the total amount of

X $ __243,010,475.91__, ~~plus 9% post-judgment interest thereon, which will continue to accrue on the Judgment amount until paid in full,~~ and that Petitioner Iberdrola Energy Projects, Inc. shall have execution therefor.

DATED: __24 th__  __Jan.__  __2022__

_Milton Adair Tingling_
Clerk

~~ENTERED: _____
New York, New York~~

FILED
Jan 24 2022
NEW YORK
COUNTY CLERK'S OFFICE

3

JANUARY 24 2022
I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT
$505.00

CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

IBERDROLA ENERGY PROJECTS, INC.

                       Petitioner,

-v-

FOOTPRINT POWER SALEM HARBOR DEVELOPMENT LP,

                       Respondent.

**PETITIONERS' BILL OF COSTS**

Index No.: 656017/2021

## BILL OF COSTS

### COSTS AND DISBURSEMENTS

| | | |
|---|---|---|
| Costs by Statute | $ | 200.00 |
| Fee for Index Number | $ | 210.00 |
| Fee for request for judicial intervention | $ | 95.00 |
| **Total Costs and Disbursements** | **$** | **505.00** |

## AFFIRMATION

COMMONWEALTH OF MASSACHUSETTS )
                                                              ) ss.:
COUNTY OF SUFFOLK                   )

     I, Wendy K. Venoit, an attorney admitted to practice in the State of New York, affirms the following under penalty of perjury, that I am the attorney of record for Petitioner Iberdrola Energy Projects, Inc., and as such am fully familiar with the facts and circumstances herein. The above specified costs, fees and disbursements are correct and were actually and necessarily performed and are reasonable in amount.

Dated: January 20, 2022
         Albany, New York

*[signature]*

Wendy K. Venoit, Esq.
Hinckley, Allen & Snyder LLP
Attorneys for Petitioner
28 State Street
Boston, MA 02109
Tel: 617-378-4392
*vvenoit@hinckleyallen.com*

**FILED**
Jan 24 2022
NEW YORK
COUNTY CLERK'S OFFICE

Index No. 656017/2021        Year 20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

IBERDROLA ENERGY PROJECTS, INC.,

Petitioner,

- against -

FOOTPRINT POWER SALEM HARBOR
DEVELOPMENT LP,

Respondent.

JUDGMENT AND BILL OF COSTS

Attorney(s) for  HINCKLEY, ALLEN & SNYDER LLP
Petitioner, Iberdrola Energy Projects, Inc.

Office Address & Tel. No.:

30 South Pearl Street, Suite 901
Albany, New York 12207
Tel: 518-396-3100

1-1
FILED AND DOCKETED
Jan 24 2022
AT   09:58 A   M
N.Y. CO. CLK'S OFFICE

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR.1200.41-a.

Dated: ............................        Signature ............................

Print Signer's Name ............................

Service of a copy of the within                                       is hereby admitted.

Dated:

Attorney(s) for

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on                    20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.                    , one of the judges of the within-named Court,
at
on                    20        , at        M.

Dated: