IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor Development LP), *et al.*[1], | Case No. 22-10239 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Related Docket Nos. 135, 236, 251 and 279** |

### ORDER APPROVING STIPULATION AND AGREEMENT BY, BETWEEN, AND AMONG THE DEBTORS, THE PREPETITION SECURED PARTIES, AND IBERDROLA ENERGY PROJECTS, INC. REGARDING FURTHER EXTENSION TO THE CHALLENGE PERIOD

The Court, having received the *Stipulation and Agreement By, Between, And Among the Debtors, The Prepetition Secured Parties, And Iberdrola Energy Projects, Inc. Regarding Further Extension to The Challenge Period* (the "Stipulation") among Iberdrola Energy Projects Inc. ("IEP"), the above-captioned debtors and debtors-in-possession (the "Debtors"), and the Prepetition Agent acting at the direction of the Prepetition Secured Parties[2], a copy of which is attached hereto as **Exhibit A** (the "Stipulation"), hereby Orders as follows:

1. The Stipulation is approved.

2. Subject to the terms of the Stipulation, the Challenge Period shall be extended solely with respect to IEP through and including July 13, 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor Development LP) (1360); Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC) (2253); Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.) (9509); Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC) (N/A); Salem Harbor Power FinCo, LP (f/k/a Footprint Power Salem Harbor FinCo, LP) (9219); and SH Power DevCo GP LLC (f/k/a Footprint Power SH DevCo GP LLC) (9008). The location of the Debtors' service address is: c/o Tateswood Energy Company, LLC, 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Final Order (A) Authorizing the Debtors to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief* [Docket No. 135] (the "Final Cash Collateral Order").

3. The Court shall retain jurisdiction to resolve any dispute arising from or relating to the interpretation or enforcement of this Order and the Stipulation.

**Dated: June 29th, 2022**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**