# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SALEM HARBOR POWER DEVELOPMENT LP (f/k/a Footprint Power Salem Harbor Development LP), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10239 (MFW)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 19, 2022 AT 10:30 A.M. (ET)

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT\*\***

## UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION

1. Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Deadline by Which the Debtors May Remove Actions [D.I. 256; 6/21/22]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 294; 7/6/22]

    b) Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Deadline by Which the Debtors May Remove Actions [D.I. 297; 7/7/22]

    Objection Deadline:    July 5, 2022 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    An order has been entered by the Court. No hearing is necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor Development LP) (1360); Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC) (2253); Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.) (9509); Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC) (N/A); Salem Harbor Power FinCo, LP (f/k/a Footprint Power Salem Harbor FinCo, LP) (9219); and SH Power DevCo GP LLC (f/k/a Footprint Power SH DevCo GP LLC) (9008). The location of the Debtors' service address is: c/o Tateswood Energy Company, LLC, 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

2. Debtors' Motion for an Order (A) Approving Settlement Agreement Between Salem Harbor Power Development LP and the Office of Enforcement of the Federal Energy Regulatory Commission and (B) Granting Related Relief [D.I. 278; 6/28/22]

Related Pleadings:

a) Certificate of No Objection [D.I. 306; 7/13/22]

b) Order (A) Approving Settlement Agreement Between Salem Harbor Power Development LP and the Office of Enforcement of the Federal Energy Regulatory Commission and (B) Granting Related Relief [D.I. 315; 7/14/22]

Objection Deadline: July 12, 2022 at 4:00 p.m. (ET)

Objections/Informal Responses: None.

Status: An order has been entered by the Court. No hearing is necessary.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: July 15, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ *Andrew L. Magaziner*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Katelin A. Morales (No. 6683)<br>Timothy R. Powell (No. 6894)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  pmorgan@ycst.com<br>          amagaziner@ycst.com<br>          kmorales@ycst.com<br>          tpowell@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP**<br>Brian S. Hermann (admitted *pro hac vice*)<br>John T. Weber (admitted *pro hac vice*)<br>Alice Nofzinger (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:    (212) 373-3000<br>Fax:   (212) 757-3990<br>Email: bhermann@paulweiss.com<br>          jweber@paulweiss.com<br>          anofzinger@paulweiss.com<br><br>*Counsel to the Debtors and<br>Debtors in Possession* |