## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SALEM HARBOR POWER<br>DEVELOPMENT LP (f/k/a Footprint Power<br>Salem Harbor Development LP), *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-10239 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 445** |

**INITIAL ORDER (A) DISMISSING THE CHAPTER 11 CASES OF HIGHSTAR
SALEM HARBOR HOLDINGS GP, LLC (F/K/A HIGHSTAR FOOTPRINT HOLDINGS
GP, LLC), HIGHSTAR SALEM HARBOR POWER HOLDINGS L.P. (F/K/A
HIGHSTAR FOOTPRINT POWER HOLDINGS L.P.), AND SALEM HARBOR
POWER FINCO GP, LLC (F/K/A FOOTPRINT POWER SALEM HARBOR
FINCO GP, LLC), (B) MODIFYING THE CAPTION OF THE REMAINING
DEBTORS' CHAPTER 11 CASES, AND (C) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of the Debtors for entry of orders,

pursuant to sections 105(a), 305(a), 349, 363, and 1112(b) of the Bankruptcy Code and Bankruptcy

Rule 1017, (a) dismissing the Withdrawing Debtors' chapter 11 cases, (b) modifying the caption

of the Plan Debtors' chapter 11 cases, and (c) granting related relief; and this Court having found

that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended

Standing Order of Reference* from the United States District Court for the District of Delaware,

dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant

to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:   Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor Development LP) (1360); Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC) (2253); Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.) (9509); Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC) (N/A); Salem Harbor Power FinCo, LP (f/k/a Footprint Power Salem Harbor FinCo, LP) (9219); and SH Power DevCo GP LLC (f/k/a Footprint Power SH DevCo GP LLC) (9008).   The location of the Debtors' service address is: c/o Tateswood Energy Company, LLC, 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

the United States Constitution; and this Court having found that venue of this proceeding and the

Motion in this district is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this

Court having found that due and proper notice of the Motion and the hearing thereon was adequate

and appropriate under the circumstances and no other or further notice need be provided; and this

Court having reviewed the Motion; and upon the Motion and the record of any hearing on the

Motion, as applicable; and this Court having determined that the legal and factual bases set forth

in the Motion and at any applicable hearing establish just cause for the relief granted herein and

that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors,

and all parties in interest; and upon all of the proceedings had before this Court; and after due

deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED as set forth herein.

2.    Immediately prior to, or in conjunction with the passing of, the Effective

Date, the Debtors shall file a certification of counsel (the "Certification") requesting entry of the

Dismissal Order, substantially in the form attached hereto as **Exhibit 1**.  The Certification shall

verify that the Debtors have paid all U.S. Trustee Fees for all disbursements made by the

Withdrawing Debtors through the date of such Certification, notwithstanding that the Withdrawing

Debtors shall only be required to file monthly operating reports for the applicable periods through

and concluding upon the date of entry of this Order, provided that none of the Debtors have made

or will make any disbursements between the date of entry of this Order and the date of entry of the

Dismissal Order.

3.    The Withdrawing Debtors and the Clerk of Court are hereby authorized and

empowered to take any and all steps necessary and appropriate to effectuate the terms of this Order.

29675477.12

4.      To the extent applicable, Bankruptcy Rules 6004(h) and 6006(d) are waived, and this Order shall be effective and enforceable immediately upon entry.

5.      This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.

**Dated: September 15th, 2022**
**Wilmington, Delaware**

29675477.12

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**