IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SALEM HARBOR POWER DEVELOPMENT LP (f/k/a Footprint Power Salem Harbor Development LP), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10239 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 20, 2022 AT 10:30 A.M. (ET)**

> **ZOOM INSTRUCTIONS:**
>
> **The remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
> https://debuscourts.zoomgov.com/meeting/register/vJItcO6vqDwqHGy8NokJ9gjKiLqSSWoPY80
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## RESOLVED MATTER

1.  Debtors' Motion for Entry of Orders (A) Dismissing Chapter 11 Cases of Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC), Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.), and Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC), (B) Modifying the Caption of the Remaining Debtors' Chapter 11 Cases, and (C) Granting Related Relief [D.I. 445; 8/30/22]

    Related Pleadings:

    a)  Certification of Counsel [D.I. 456; 9/14/22]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor Development LP) (1360); Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC) (2253); Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.) (9509); Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC) (N/A); Salem Harbor Power FinCo, LP (f/k/a Footprint Power Salem Harbor FinCo, LP) (9219); and SH Power DevCo GP LLC (f/k/a Footprint Power SH DevCo GP LLC) (9008). The location of the Debtors' service address is: c/o Tateswood Energy Company, LLC, 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

    b)    Initial Order (A) Dismissing Chapter 11 Cases of Highstar Salem Harbor Holdings GP, LLC (f/k/a Highstar Footprint Holdings GP, LLC), Highstar Salem Harbor Power Holdings L.P. (f/k/a Highstar Footprint Power Holdings L.P.), and Salem Harbor Power FinCo GP, LLC (f/k/a Footprint Power Salem Harbor FinCo GP, LLC), (B) Modifying the Caption of the Remaining Debtors' Chapter 11 Cases, and (C) Granting Related Relief [D.I. 457; 9/15/22]

Objection Deadline:    September 13, 2022 at 4:00 p.m. (ET) [Extended for Iberdrola Energy Projects, Inc. to September 14, 2022 at 12:00 p.m. (ET)]

Objections/Informal Responses:

    c)    Informal Response from the Office of the United States Trustee

    d)    Informal Response from Iberdrola Energy Projects, Inc.

Status:    An order has been entered. No hearing is necessary.

## UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL

2.    First Interim Fee Applications of the Debtors' Professionals for the Period from March 23, 2022 Through and Including June 30, 2022 [D.I. 397; 8/15/22]

Related Pleadings:    See Exhibit 1, attached hereto, for additional related pleadings with respect to the interim fee applications.

    a)    Certification of Counsel [D.I. 448; 9/7/22]

Objection Deadline:    September 6, 2022 at 4:00 p.m. (ET)

Objections/Informal Responses:    None.

Status:    A proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent that the Court has questions or concerns.

Dated: September 16, 2022
Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Andrew L. Magaziner*
Pauline K. Morgan (No. 3650)
Andrew L. Magaziner (No. 5426)
Katelin A. Morales (No. 6683)
Timothy R. Powell (No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  pmorgan@ycst.com
          amagaziner@ycst.com
          kmorales@ycst.com
          tpowell@ycst.com

- and -

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
John T. Weber (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: bhermann@paulweiss.com
         jweber@paulweiss.com
         anofzinger@paulweiss.com

*Counsel to the Debtors and
Debtors in Possession*

29726642.1

3

# **EXHIBIT 1 – INDEX TO FIRST INTERIM FEE APPLICATIONS**

A.  **Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1. First Monthly Application for the Period from March 23, 2022 through April 30, 2022 [D.I. 171; 5/16/22]

2. Certificate of No Objection [D.I. 232; 6/7/22]

3. Second Monthly Application for the Period from May 1, 2022 through May 31, 2022 [D.I. 252; 6/21/22]

4. Certificate of No Objection [D.I. 308; 7/13/22]

5. Third Monthly Application for the Period from June 1, 2022 through June 30, 2022 [D.I. 326; 7/20/22]

6. Certificate of No Objection [D.I. 368; 8/11/22]

7. First Interim Fee Application [D.I. 397; 8/15/22]

8. Supplement to First Interim Fee Application [D.I. 398; 8/15/22]

B.  **Young Conaway Stargatt & Taylor, LLP**

1. First Monthly Application for the Period from March 23, 2022 through April 30, 2022 [D.I. 172; 5/16/22]

2. Certificate of No Objection [D.I. 233; 6/7/22]

3. Second Monthly Application for the Period from May 1, 2022 through May 31, 2022 [D.I. 253; 6/21/22]

4. Certificate of No Objection [D.I. 309; 7/13/22]

5. Third Monthly Application for the Period from June 1, 2022 through June 30, 2022 [D.I. 327; 7/20/22]

6. Certificate of No Objection [D.I. 369; 8/11/22]

7. First Interim Fee Application [D.I. 397; 8/15/22]

8. Supplement to First Interim Fee Application [D.I. 399; 8/15/22]

C. **Houlihan Lokey Capital, Inc.**

    1. First Monthly Application for the Period from March 23, 2022 through April 30, 2022 [D.I. 173; 5/16/22]

    2. Certificate of No Objection [D.I. 234; 6/7/22]

    3. Second Monthly Application for the Period from May 1, 2022 through May 31, 2022 [D.I. 254; 6/21/22]

    4. Certificate of No Objection [D.I. 310; 7/13/22]

    5. Third Monthly Application for the Period from June 1, 2022 through June 30, 2022 [D.I. 328; 7/20/22]

    6. Supplemental Declaration of Matthew A. Mazzucchi in Support of Third Monthly Application for the Period from June 1, 2022 through June 30, 2022 [D.I. 364; 8/10/22]

    7. Certificate of No Objection [D.I. 370; 8/11/22]

    8. First Interim Fee Application [D.I. 397; 8/15/22]

D. **Morgan, Lewis & Bockius, LLP**

    1. First Monthly Application for the Period from March 23, 2022 through April 30, 2022 [D.I. 174; 5/16/22]

    2. Certificate of No Objection [D.I. 235; 6/7/22]

    3. Second Monthly Application for the Period from May 1, 2022 through May 31, 2022 [D.I. 255; 6/21/22]

    4. Certificate of No Objection [D.I. 311; 7/13/22]

    5. Third Monthly Application for the Period from June 1, 2022 through June 30, 2022 [D.I. 329; 7/20/22]

    6. Certificate of No Objection [D.I. 425; 8/19/22]

    7. First Interim Fee Application [D.I. 397; 8/15/22]

    8. Supplement to First Interim Fee Application [D.I. 426; 8/19/22]

E. **Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC)**

1. First Monthly Application for the Period from March 23, 2022 through April 30, 2022 [D.I. 182; 5/19/22]

2. Certificate of No Objection [D.I. 244; 6/14/22]

3. Second Monthly Application for the Period from May 1, 2022 through May 31, 2022 [D.I. 247; 6/17/22]

4. Certificate of No Objection [D.I. 301; 7/11/22]

5. Third Monthly Application for the Period from June 1, 2022 through June 30, 2022 [D.I. 331; 7/21/22]

6. Certificate of No Objection [D.I. 387; 8/12/22]

7. First Interim Fee Application [D.I. 397; 8/15/22]